UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RODRIGUE ABELLARD, JR., <br><br>     Plaintiff, <br><br> v. <br><br> MAURA HEALEY, Governor, et al., <br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil No. 24-13012-LTS<br>)<br>)<br>)<br>)<br>) |

ORDER

July 29, 2025

SOROKIN, J.

In a Memorandum and Order dated June 2, 2025, the Court informed plaintiff that his Complaint is subject to dismissal for failing to allege sufficient facts to establish this Court's jurisdiction and also failing to state a plausible claim upon which relief may be granted. Doc. No. 4. The Court ordered Plaintiff to file an amended complaint that addresses the pleading deficiencies and sets forth a plausible claim upon which relief may be granted. *Id.* The Order stated that failure to comply on or before June 27, 2025, will result in dismissal of this action. *Id.*

Plaintiff has not, to date, responded to the Order and the time to do so has expired. Accordingly, this action is DISMISSED. The Clerk shall enter a separate order of dismissal.

SO ORDERED.

/s/ Leo T. Sorokin
Leo T. Sorokin
United States District Judge

1